[No. 25458-8-I.   Division One.   April 22, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN W. SCHICKLING, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-1-00573-0, Joseph A. Thibodeau, J., entered January 10, 1990. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Webster, A.C.J., and Agid, J.

[No. 25153-8-I.   Division One.   April 22, 1991.]

JAMES S. CORYAT, *Appellant,* v. DIVERSIFIED FOOD ENTERPRISES, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 88-2-01499-8, Dennis J. Britt, J., entered October 18, 1989. *Affirmed in part* and *reversed in part* by unpublished opinion per Baker, J., concurred in by Scholfield and Agid, JJ.

[No. 26549-1-I.   Division One.   April 22, 1991.]

SKYLINE MOORAGE OWNERS' LEGAL FUND, *Appellant,* v. SKYLINE BEACH CLUB, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Skagit County, No. 88-2-00587-0, George E. McIntosh, J. Pro Tem., entered June 18, 1990. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Webster, A.C.J., and Agid, J.